IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 1:22-cr-79-TMB-BWR

ABEL MICHUA-TOTOTZIN

### ORDER

This matter came before the Court on Abel Michua-Tototzin's Motion in Limine [36] to exclude license-plate reader information and Abel Michua-Tototzin's Motion in Limine [38] to exclude expert opinion testimony. On August 15, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record on August 15, 2022, Abel Michua-Tototzin's Motion in Limine [36] to exclude license-plate reader information is DENIED AS MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record on August 15, 2022, Abel Michua-Tototzin's Motion in Limine [38] to exclude expert opinion testimony is DENIED WITHOUT PREJUDICE .

THIS, the 15th day of August, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE