# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v. **Criminal No. 1:22-cr-79-TMB-BWR**

**ABEL MICHUA-TOTOTZIN**

## ORDER

This matter came before the Court on Abel Michua-Tototzin's Motion in Limine [41] to exclude written translation and transcript. On August 17, 2022, the Court, having considered the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court cited in the record a number of case law citations to support its ruling.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record on August 17, 2022, Abel Michua-Tototzin's Motion in Limine [41] to exclude written translation and transcript is DENIED WITHOUT PREJUDICE.

THIS, the 17th day of August, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE